UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

YELITZA PICON and on behalf of others similarly situated,

                       Plaintiff,

-against-

NEW YORK ALLERGY & SINUS GROUP, PLLC,

                       Defendants.

---------------------------------------X

*Civil Action No.*

**1:18-cv-07975-PAE-RWL**

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, YELITZA PICON, on behalf of herself and others similarly situated, and Defendant NEW YORK ALLERGY & SINUS GROUP, PLLC, hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The documents are almost all fully executed. Accordingly, we respectfully request a 30-day order be issued.

Dated: November 6, 2018

                                           /s/ Bradly Marks
                                           BRADLY MARKS
                                           The Marks Law Firm, PC
                                     175 Varick Street, 3rd Fl,
                                     New York, NY 10014
                                     646 770 3775(Direct)
                                     646 867 2639(Fax)